No. 67974.—Paley Supply Co. *v.* United States, protest 62/3035 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise consists of buckets which are hollowware, composed wholly or in chief value of brass, and not plated with platinum, gold, or silver, the claim of the plaintiff was sustained.